**The CURTISS CANDY CO., Movant, v. Lloyd N. GABBARD, Opposed.**

Court of Appeals of Kentucky.
Nov. 9, 1951.

Alva A. Hollon, Hazard, for movant.
W. M. Melton, Hazard, for opposed.

PER CURIAM.
Appeal denied. Judgment affirmed.